PD-0804-15

PD-0804-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/1/2015 2:25:06 PM
Accepted 7/1/2015 3:58:40 PM
ABEL ACOSTA
CLERK

NO. 14-14-00036-CR

| | | |
|---|---|---|
| **GEOFFREY SPENCER HAUER** | * | **IN THE COURT OF APPEALS** |
| **VS.** | * | |
| **STATE OF TEXAS** | * | **14TH DISTRICT OF TEXAS** |

## MOTION TO EXTEND DEADLINE
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes GEOFFREY SPENCER HAUER, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to a Petition for Discretionary Review, pursuant to Rule(s) 68.2 & 10.5 (b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

The Fourteenth (14th) Court of Appeals affirmed and rendered an opinion on the 19th day of May, 2015. Later that week, Counsel for Appellant appeared in the Trial Court [County Criminal Court at Law No. 5 of Harris County, Texas] to determine if a Mandate had been issued and was told no date was set. Later that weekend, Counsel for Appellant's parents lost their home in the flooding in Wimberley, Texas and Counsel for Appellant essentially had to shut down his practice for two (2) weeks in order to help with the disaster relief and attend to his parents housing needs. Accordingly, Counsel for Appellant returned back to work middle of June and was put to trial in several cases that finished this past Friday, June 26th. Counsel, thus, missed the thirty (30) day deadline, June 18th, 2015, to file the Petition for Discretionary Review;

and is within the fifteen (15) days to request an extension according to Rule 68.2(c) of the Texas Rules of Appellate Procedure.

## II.

Counsel for Appellant submits that there is good cause for the extension, and the request complies with Rule 10.5(b) of the Texas Rules of Appellate Procedure. This is the first request for an extension and a request is being made to extend the deadline to the 15th day of July, 2015.

## III.

This motion is not brought for purposes of delay but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this court grant this Motion to Extend Time to File Appellant's Reply Brief and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of Todd Overstreet
1214 Heights Blvd.
Houston, Texas 77008
(713) 222-0600
(713) 222-0647 FAX

BY:_____
Todd Overstreet
SBN: 90001523
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002 office by fax to 713-755-5809 on this the 1st day of July, 2015.

**STATE OF TEXAS**          *

                                     *

**COUNTY OF HARRIS**        *

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared, Todd Overstreet, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File a Petition for Discretionary Review and swear that all of the allegations of fact contained therein are true and correct."

_____
Todd Overstreet
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** this the 1st day of July, 2015 to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
Notary's Printed Name:
Dalila Villarreal
My commission expires: 4-1-16

DALILA VILLARREAL
Notary Public, State of Texas
My Commission Expires
April 01, 2016

| | | |
|---|---|---|
| **GEOFFREY SPENCER HAUER** | * | **IN THE COURT OF APPEALS** |
| **VS.** | * | |
| **STATE OF TEXAS** | * | **14TH DISTRICT OF TEXAS** |

## ORDER FOR GRANTING MOTION FOR AN
## EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Today the Court considered Appellant's Motion for An Extension of Time to file a Petition for Discretionary Review. After a review of the motion and finding of reasonable cause for the need for additional time, the Court grants the motion.

The Clerk of the Court of Criminal Appeals is directed to issue notice to counsel for both the appellant and appellee of this Court's order granting the extension of time in which to file.

**THUS SIGNED AND ENTERED OF RECORD,** on this the ___ day of _____, 2015.

_____
JUDGE PRESIDING